UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10627

FAIRHAVEN BEVERAGE COMPANY, INC.,
Plaintiff,

v.

PROFESSIONAL SALES RV and GULF STREAM COACH, INC.,
Defendants.

ORDER
November 3, 2010

O'TOOLE, D.J.

After careful review of the defendant's submissions, the Defendant Gulf Stream Coach, Inc.'s Motion to Dismiss or for Summary Judgment and/or for Transfer of Venue with the Assent of Co-Defendant Professional Sales RV (dkt. no. 15), which stands unopposed, is GRANTED for substantially the same reasons articulated by the defendant. The case will be transferred to the Northern District of Indiana, South Bend Division pursuant to 28 U.S.C. § 1404(a).

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge