```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF INDIANA
                 SOUTH BEND DIVISION
```

FAIRHAVEN BEVERAGE COMPANY,  )
INC.                         )
                             )
Plaintiff,                   )
                             )
     v.                      )   No.  3:10-CV-462
                             )
GULF STREAM COACH, INC.,     )
et al.,                      )
                             )
Defendants.                  )

## ORDER

This matter is before the Court on the Report and Recommendation (DE # 31) filed on August 23, 2011. No objections have been filed to Magistrate Judge Nuechterlein's report and recommendation, based upon Plaintiff's failure to prosecute this case.  Accordingly, the Court now **ADOPTS** that report and recommendation and **ORDERS** that Plaintiff's case be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**DATED: September 19, 2011**          /s/RUDY LOZANO, Judge
                                       **United States District Court**